148.  RICHTER *v.* VIRGINIA-CAROLINA CHEMICAL COMPANY.

RUSSELL, J. 1. When on the trial of a claim case the burden of proof was on the plaintiff in execution, and the evidence in its behalf failed to show that the property in dispute belonged to the defendant in execution at the time of the levy, a verdict finding it subject was unwarranted.
2. When in such a case the claimant, though a minor, showed by uncontradicted evidence that he had been manumitted by his father, and had raised the crop levied upon on land rented from the owner, who was not his father, and paid for his own supplies, his claim was not defeated by the mere fact that his father was the defendant in fi. fa., that he lived with his father, who worked for him in the crop, or that his father lived on the same place.
3. The decision in this case is controlled by the rulings in *Dollar* v. *Busha,* 124 *Ga.* 521, and *Sams* v. *Thompson Hiles Co.,* 110 *Ga.* 648; and it was error to refuse a new trial.          *Judgment reversed.*

Claim, from city court of Moultrie—Judge Humphreys.  March 15, 1906.

Submitted February 26,—Decided March 1, 1907.
*Shipp & Kline, W. F. Way,* for plaintiff in error.
*T. W. Mattox, J. D. McKenzie,* contra.